**Dated: April 09, 2009**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EVA SALAZAR ESPALIN, | ) | Case No. 2:09-02644-GBN |
| | ) | |
| Debtor. | ) | ORDER |
| _____ | ) | |

The court has been requested to approve two reaffirmation agreements with WELLS FARGO FINANCIAL involving a consumer debt secured by a mortgage, deed of trust or other lien instrument on real estate. The United States Bankruptcy Code does not require the court to approve such agreements. Bankruptcy debtors are not required to sign a reaffirmation agreement in order to retain their real estate.

Real estate can be retained by debtors passing through bankruptcy, provided debtors are current in payments to secured creditors holding consumer liens on the property and the bankruptcy trustee has not received court permission to sell the property to pay creditors. The court has not approved this reaffirmation and no hearing will be set regarding it.

ORDERED ACCORDINGLY.